UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:

Bankruptcy No. 24-32480

Paul David Roemhildt
Michele Lee Roemhildt,                                    Chapter 7

        Debtors.

_____

Michele Lee Roemhildt,

        Plaintiff,

    v.

                                  Adversary No. 25-03020

United States Department of Education,

        Defendant.

_____

## ORDER

        Based on the Stipulation for Extension of Time to Answer or Otherwise Respond between Debtor/Plaintiff Michele Lee Roemhildt and Defendant United States Department of Education and for good cause shown,

        **IT IS HEREBY ORDERED**:

        1.      The Defendant's deadline to answer or otherwise respond to the Complaint is extended to thirty (30) days from the date of this Order.

Dated:

_____
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge